**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-2040**

---

STEPHEN M. WRIGHT, Individually and as
Trustee, Trust FBO of Secured Creditors of
Perryville Investment Group, LLC,

Plaintiff - Appellant,

and

PERRYVILLE INVESTMENT GROUP, LLC,
Assignor/Contract Seller,

Plaintiff,

versus

DONEGAL INSURANCE COMPANIES; LASSEN, MARINE
AND WEBSTER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:06-cv-00827-WDQ)

---

Submitted:  March 29, 2007          Decided:  April 2, 2007

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

————————

Stephen M. Wright, Appellant Pro Se.  Jeffrey Allan Wothers, Owen Joseph Curley, NILES, BARTON & WILMER, LLP, Baltimore, Maryland, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen M. Wright appeals from the district court's order dismissing his complaint against the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wright v. Donegal Ins. Cos., No. 1:06-cv-00827-WDQ (D. Md. June 7, 2006). Wright also appeals from the district court's order denying his Fed. R. Civ. P. 59(e) motion. Although the district court incorrectly construed this motion as one filed under Fed. R. Civ. P. 60(b), we have reviewed the motion and the documents submitted with the motion and find that the Rule 59(e) motion was properly denied. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED